BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHDEV SINGH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT JONES, et al.,<br><br>　　　　Respondents. | Case No. 2:14-cv-2822 EFB<br><br>STIPULATION TO DISMISSAL AND <s>PROPOSED</s> ORDER |

　　　This is an immigration case in which petitioner Sukhdev Singh challenges his detention by Immigration and Customs Enforcement. The parties now stipulate to dismissal as petitioner has been released on an order of supervision. Because petitioner has been released, and is no longer in detention, his habeas petition challenging his confinement is moot, and the parties stipulate to dismissal pursuant to Fed. R. Civ. P. 41(a)(2). *Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner). Each side to bear its own cost of litigation.

DATED this 12th day of December, 2014.

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                              By:    /s/ Audrey B. Hemesath
                                          Audrey B. Hemesath
                                          Assistant United States Attorney

                              By:    /s/ Joseph John Siguenza
                                          Joseph John Siguenza
                                          Law Offices of Ashwani Bhakri


                            [~~PROPOSED~~] ORDER

Pursuant to the joint stipulation, the matter is dismissed.

DATED: December 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE